IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPSICO, INC., ) | **Old Case No. 1:06cv0815 AWI DLB** |
| ) | **New Case No. 1:06cv0815 AWI LJO** |
| ) | |
| ) | ORDER DISQUALIFYING |
| ) | MAGISTRATE JUDGE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ECLIPSE HOLDINGS LIMITED, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:06cv0815 AWI LJO**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer. The Scheduling Conference set for September 21, 2006 at 8:30 a.m. shall be held in Courtroom 8 before Magistrate Judge Lawrence J. O'Neill.

1

1   IT IS SO ORDERED.

2   **Dated:   July 6, 2006**                    **/s/ Dennis L. Beck**
    3c0hj8                                     UNITED STATES MAGISTRATE JUDGE

2