# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE:<br><br>STANDING ORDER IN ALL<br>CIVIL CASES ASSIGNED TO<br>MAGISTRATE JUDGE<br>LAWRENCE J. O'NEILL<br><br>_____/ | CASE NO. 1:06-CV-00815 AWI LJO |

    1.   Civil law and motion calendar is held on Fridays at 8:30 a.m. in Department 8 (LJO).  It is not necessary to clear a date prior to scheduling law and motion.  The parties are required to comply with Local Rules 37-251 and 78-230, as applicable.

    2.   Unless prior leave of court is obtained seven days before the filing date, all moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages.  Reply briefs filed by moving parties shall not exceed 10 pages.  Briefs that exceed this page limitation or are sought to be filed without leave may not be considered.

/////

/////

3. The Court requires <u>Joint</u> Scheduling Conference Statements and <u>Joint</u> Pre-trial statements, where Magistrate Judge O'Neill is the hearing officer. The statements must be filed seven days before the hearing date and e-mail the WordPerfect 8.0 or Word document to: ljoorders@caed.uscourts.gov.

4. Telephonic appearances before Magistrate Judge O'Neill are encouraged. The parties may appear at hearings by telephone by arranging a one line conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

LAWRENCE J. O'NEILL
UNITED STATES MAGISTRATE JUDGE