ALSCHULER GROSSMAN STEIN & KAHAN LLP
William A. Finkelstein (No. 213382)
Scott Vick (No. 171944)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000
E-Mail: svick@agsk.com

PATTISHALL, MCAULIFFE, NEWBURY,
  HILLIARD & GERALDSON LLP
David C. Hilliard
Jonathan S. Jennings
Phillip Barengolts
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015
E-Mail: pb@pattishall.com

Attorneys for Plaintiff
PEPSICO, INC.

**FILED**
DEC 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PEPSICO, INC., a North Carolina corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ECLIPSE HOLDINGS LIMITED d/b/a THE STUFFED PIPE, a California corporation,<br><br>  Defendant. | Case 1:06-cv-00815-AWI-LJO<br><br>**FINAL JUDGMENT** |

242415v2

1. This Court has subject matter and personal jurisdiction over the parties and venue is proper.

2. PepsiCo is engaged in the manufacture and marketing throughout the United States of a broad range of beverage products.

3. PepsiCo has adopted and made continuous use of the trademarks PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW on their own, or with designs or other variations, in connection with the manufacture, sale and advertising of soft drinks.

4. PepsiCo is the owner, inter alia, of the following federal trademark registrations issued by the United States Patent and Trademark Office for the aforesaid PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW used in connection with its products: PEPSI-COLA (Reg. No. 349,886), PEPSI (Reg. No. 824,150), PEPSI-COLA (Reg. No. 824,151), Globe Design (Reg. No. 824, 153), PEPSI (Reg. No. 1,317,551), PEPSI & Globe Design (Reg. No. 2,100,417), PEPSI & Globe Design (Reg. No. 2,104,304), PEPSI & Design (Reg. No. 2,321,907), DIET PEPSI-COLA (Reg. No. 824, 149), DIET PEPSI (Reg. No. 824, 152), DIET PEPSI & Globe Design (Reg. No. 1,409,763), MOUNTAIN DEW (Reg. No. 820,362), MOUNTAIN DEW (Reg. No. 1,512,972), MOUNTAIN DEW & Design (Reg. No. 2,509,558), MOUNTAIN DEW & Design and (Reg. No. 2,509,700), AQUAFINA (Reg. No. 1,917,411), AQUAFINA and Design (Reg. No. 2,509,701) and AQUAFINA and Design (Reg. No. 2,506,697). Said registrations are valid and subsisting, and Reg. Nos. 349,886, 820,362, 824,149, 824,150, 824,151, 824,152, 820,362, 1,409,763, 1,512,972, 1,917,411, 2,100,417 and 2,104,304 are incontestable and constitute conclusive evidence of the validity of the marks, and PepsiCo's ownership of and exclusive right to use the marks subject to these registrations for the goods specified therein, pursuant to 15 U.S.C. §§ 1065 and 1115(b). The other registrations listed above constitute prima facie evidence of the

SCHULER
IOSSMAN
STEIN &
IHAN LLP

1

1  validity of the marks covered by them, and PepsiCo's ownership of and exclusive
2  right to use these marks for the listed goods.
3         5.    The PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW
4  marks are famous and represent an extraordinary valuable goodwill owned by
5  PepsiCo.
6         6.    Defendant has sold products consisting of actual PepsiCo cans
7  or bottles bearing the PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW
8  marks, but that have been emptied and converted into a different product, namely,
9  "can safes" that include a secret compartment where items can be concealed
10 (hereinafter "infringing products").
11        7.    PepsiCo does not authorize the sale of "can safes" under its
12 trademarks.
13        8.    Defendant's infringing products bear information about PepsiCo,
14 including PepsiCo's website address, street address and a telephone number at
15 which to contact PepsiCo.
16        9.    To those consumers who encounter these infringing products
17 post-sale, they are indistinguishable from authentic PEPSI, DIET PEPSI,
18 AQUAFINA and MOUNTAIN DEW cans and/or bottles in appearance, and there
19 are no references on them to Defendant or to the fact that Defendant's infringing
20 products are not legitimate PepsiCo products.
21        10.   There is a strong likelihood that consumers, either those who
22 buy Defendant's infringing products themselves or those who encounter these
23 products post-sale, will mistakenly believe they are authorized for sale by PepsiCo.
24        11.   There is likelihood of confusion between PepsiCo's PEPSI,
25 DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks and Defendant's use of
26 the PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks on the
27 infringing products.
28

SCHULER
ROSSMAN
STEIN &
HAN LLP

1  12. Defendant's marketing and sale of the aforesaid infringing products damages PepsiCo's goodwill in the PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW and damages PepsiCo's business reputation.

13. The association of the PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks with these products will cause consumers to be upset with PepsiCo and dissatisfied with PepsiCo products, as well as the merchandise licensed by PepsiCo under the PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks.

14. Defendant's sale of the infringing products without PepsiCo's consent constitutes:

    (a) trademark infringement in violation of section 32 of the Lanham Act 15 U.S.C. § 1114;

    (b) false designation of origin in violation of section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

    (c) unfair competition in violation of California Business & Professions Code Section 17200, *et. seq.*; and

    (d) dilution of PepsiCo's famous PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks and damage to the business reputation of PepsiCo, in violation of California Business & Professions Code Section 14330.

15. Eclipse Holdings Limited and its principal owner and operator, Jim Crossland, together with their respective officers, agents, servants, employees, successors and assigns, and all others in active concert or participation with them, are permanently enjoined and restrained from:

    a) manufacturing, advertising, promoting or selling products composed of modified PepsiCo cans or bottles bearing the PEPSI, DIET PEPSI, AQUAFINA or MOUNTAIN DEW

marks or any other marks owned by PepsiCo or its affiliated companies;

b) using the PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks, any colorable imitations thereof, or any other marks which are likely to cause confusion with PepsiCo's business or the PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks in connection with the manufacture, sale, distribution, advertising or promotion of any products or services;

c) committing acts resulting in unfair competition with PepsiCo;

d) diluting the distinctiveness of the famous PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks; and

e) injuring or tarnishing PepsiCo's business reputation or its PEPSI, DIET PEPSI, AQUAFINA and MOUNTAIN DEW marks or products.

16. Defendant shall receive at 645 East Champlain Drive, Suite 147, Fresno, California 93720-1295, any subpoena to obtain deposition or trial testimony regarding their knowledge of other sources, manufacturers, distributors or sellers of counterfeit products. Defendant shall immediately inform PepsiCo, Inc., for five years following the entry of this Final Judgment, care of Jonathan S. Jennings, 311 S. Wacker Drive, Suite 5000, Chicago, Illinois 60606, if this address for service changes and of any new address for such service.

SCHULER
ROSSMAN
STEIN &
HAN LLP

17. This Court shall retain jurisdiction over this action for 180 days for purposes of construing and ensuring compliance with this Final Judgment.

**SO ORDERED AND ADJUDGED:**

Date: 12·5·06

*[signature]*

U.S. District Court Judge

**AGREED TO:**

On behalf of PEPSICO, INC.

PATTISHALL, MCAULIFFE, NEWBURY HILLIARD & GERALDSON LLP
David C. Hilliard
Jonathan S. Jennings
Phillip Barengolts
311 S. Wacker Drive, Suite 5000
Chicago, IL 60606

ALSCHULER GROSSMAN STEIN & KAHAN LLP
William A. Finkelstein (No. 213382)
Scott Vick (No. 171944)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

By: *[signature]* Scott Vick
    Scott Vick

Dated: November 21, 2006

Attorneys for Plaintiff,
PEPSICO, INC.

ECLIPSE HOLDINGS LIMITED
d/b/a THE STUFFED PIPE

By: _____
Jim Crossland
Chief Executive Officer

Dated: _____

SCHULER
ROSSMAN
STEIN &
KHAN LLP

5

Nov 21 2006 3:21PM   PENNER,BRADLEY,& BUETTNER   559 2212101   p.2
11/21/2006  03:13  5596362878                STUFFED PIPE III              PAGE  07/07
Nov 21 2006 3:02PM  PENNER, BRADLEY, & BUETTNER  559 2212101              P.7

17. This Court shall retain jurisdiction over this action for 180 days for purposes of construing and ensuring compliance with this Final Judgment.

**SO ORDERED AND ADJUDGED:**

Date: _____

_____
U.S. District Court Judge

**AGREED TO:**

On behalf of PEPSICO, INC.

PATTISHALL, MCAULIFFE, NEWBURY
HILLIARD & GERALDSON LLP
David C. Hilliard
Jonathan S. Jennings
Phillip Barengolts
311 S. Wacker Drive, Suite 5000
Chicago, IL 60606

ALSCHULER GROSSMAN STEIN &
KAHAN LLP
William A. Finkelstein (No. 213382)
Scott Vick (No. 171944)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

By: _____
Scott Vick

Dated: November 21, 2006

Attorneys for Plaintiff,
PEPSICO, INC.

ECLIPSE HOLDINGS LIMITED
d/b/a THE STUFFED PIPE

By: _____
Jim Crossland
Chief Executive Officer

Dated: 11-21-2006

5